# Court of Appeals
# of the State of Georgia

ATLANTA,  June 09, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1765.  RODRIQUEZ v. THE STATE.**

The above-styled case was docketed in this Court on May 9, 2025. Appellant has now filed a motion to remand the case to the trial court for completion of the record on appeal. Specifically, Appellant notes that a trial transcript from March 6, 2018, was not included in the appellate record.

Having considered Appellant's motion, it is hereby ***GRANTED***.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/09/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*